1-180095
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CMA-CGM (AMERICA), INC.,

                Plaintiff,

- against -

BABY TREND, INC.,

                Defendant.
----------------------------------------X

Judge Hellerstein

07 CIV 7311

CIVIL COMPLAINT
IN ADMIRALTY

AUG 1 5 2007
U.S.D.C. S.D.N.Y.

    Plaintiff CMA-CGM (AMERICA), INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant BABY TREND, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

    1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Service Contract between the parties.

    2. At all times hereinafter mentioned, plaintiff CMA-CGM (AMERICA), INC. was and still is a corporation organized and existing under the laws of the State of New Jersey with offices and a place of business at 5801 Lake Wright Drive, Norfolk, VA 23502.

    3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

    4. On or about the dates and at the ports of shipment stated in Schedule A, certain good were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's published tariff, all as set forth in Schedule A.

    5. Thereafter, the goods were carried to the ports of destination and delivered to the defendant and/or its agents.

6. Plaintiff has performed all acts required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and refuse to remit payment of $2,952.00, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $2,952.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of $2,952.00, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
       August 14, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By _____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
CMA-CGM (AMERICA), INC.
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

SCHEDULE A

I. Defendant's status & address:

    A. Upon information and belief and at all times hereinafter mentioned, defendant BABY TREND, INC. was and still is a corporation organized and existing under the laws of the State of California, with offices and a place of business at 1567 S. Campus Avenue, Ontario, CA 91761.

II. Particulars:

    1. Bill of Lading No. SZ1046783, dated January 8, 2006, from Yantian to Long Beach on the Vessel MSC VALENCIA, one (1) forty-five foot Hi-Cube SAID TO CONTAIN: TREND NURSERY CENTR, at the applicable Collect Tariff and/or Service Contract rate of $2,436.00 (Exhibit A).
Amount Paid: $0                      Amount Due: $2,436.08

    2. Bill of Lading No. SZ1252102, dated March 1, 2006, from Yantian to Long Beach on the Vessel CMA CGM VIVALDI, four (4) forty-foot Hi-Cubes SAID TO CONTAIN: DIAPER CHAMP, at the applicable Collect Tariff and/or Service Contract rate of $8,905.00 (Exhibit B).
Amount Paid: $8,649.00           Amount Due: $256.00

    3. Invoice No. NAIM0550057, dated November 17, 2006, demurrage totalling $260.00 (Exhibit C).
Amount Paid: $0                      Amount Due: $260.00

II. Total Amount Due: $2,952.00

# BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

CMA CGM

| SHIPPER/EXPORTER (2) | DOCUMENT NO (5) |
|---|---|
| SHEN ZHEN XUN LI CHILDREN'S PRODUCT CO LTD. SHEN ZHEN BAO AN GUAN LAN JI LING VILLAGE DA SHUI KENG. TEL:0755-2816-4254 FAX:0755-2816-4915 | SHZ304323    SZ1046783 |
|  | EXPORT REFERENCES (6) |

| CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT - REFERENCES (7) |
|---|---|
| BABY TREND INC. 1567 S CAMPUS AVE ONTARIO, CA 91761 TEL:001-909-773-0018 FAX:001-909-773-0108 CONTACT:BETTY TSAI | CHB: FMC: |
|  | POINT AND COUNTRY OF ORIGIN (8) |

| NOTIFY (4) | DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9) |
|---|---|
| SAME AS CONSIGNEE |  |

| PIER/TERMINAL (10) | COMBINED TRANSPORT PRECARRIAGE FROM (10A) | |
|---|---|---|
| Yantian International Cntr Terminal | | |
| VESSEL (11) MSC VALENCIA TX205E | PORT OF LOADING (12) YANTIAN | COMBINED TRANSPORT - ONWARD CARRIAGE (15)* |
| PORT OF DISCHARGE FROM VESSEL (13) LONG BEACH, CA | FOR TRANSHIPMENT TO (14) | |

## CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| MARKS AND NUMBERS (16) | NO. of PKGS. (17) | DESCRIPTION OF GOODS (18) SHIPPERS STOW, LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |
|---|---|---|---|---|
| BCMU5034621 Seal 1:C2545274 SHIPPING MARKS AS PER SHIPPER'S ATTACHMENT | 1 x 45HC | 1285 CARTONS FCL/FCL TREND NURSERY CENTER(BABY PALAYARD) #327929/#171775 1285 PCS THIS IS TO CERTIFY THAT NO REGULATED WOOD PACKING MATERIALS WERE USED IN THE LOADING OF THIS CONTAINER. S/C#:04-0279 FREIGHT COLLECT TOTAL:1X45'HQ CONTAINER FREIGHT TO BE COLLECT | 18324.000 | 4002    75.000 |

SHIPPERS STOW, LOAD AND COUNT  /   / F C L

**DRAFT**

SHIPPERS DECLARED VALUE SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

*If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per clause 15.

RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carriers Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein, or so near thereto as the vessel can get, lie and leave, always in safety and without delay, and there to be delivered to consignee, or authorized receiver, or on carrier on payment of all charges due thereon.

All actions against the Carrier under the contract of Carriage evidenced by this Bill of Lading shall be brought before the ¿Tribunal de Commerce¿ of Marseilles and no other Court shall have jurisdiction with regards to any such action.

### FREIGHT CHARGES (See clause 10 and 20)

| | | |
|---|---|---|
| BASIC FREIGHT | USD | 705.00 C |
| Terminal handl ch origin | USD | 340.00 C |
| Bunker surcharge NOS | USD | 350.00 C |
| Ocean Carrier-Intl Ship & port | USD | 6.00 C |
| Custom documentation Surcharge | USD | 25.00 C |
| Terminal handl. ch destinatio | USD | 935.00 C |
| Documentation Fees | USD | 15.00 C |
| TOTAL COLLECT | USD | 2436.00 C |

DECLARED VALUE CHARGES (See Clause 10)
HARBOR TAX/LIGHTERAGE       TOTAL $

IN WITNESS WHEREOF    ZERO

Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void.

| DAY | MONTH | YEAR | BL No. CMDU |
|---|---|---|---|
|  | 19-JAN-06 | | SZ1046783 |

Signed for the Carrier CMA CGM SA by
CMA CGM (CHINA) SHIPPING CO LTD as agent for the Carrier

By_____

(Continued on reverse side)

EXHIBIT "A"

# BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

CMA CGM

Sheet 2 of 2

**SHIPPER/EXPORTER (2)**
SHEN ZHEN XUN LI CHILDREN'S PRODUCT CO LTD.
SHEN ZHEN BAO AN GUAN LAN
JI LING VILLAGE DA SHUI KENG
TEL:0755-2816-4254
FAX:0755-2816-4915

**DOCUMENT NO (5)**
SHZ304223

SZ1046783

**EXPORT REFERENCES (6)**

**CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
BABY TREND INC.
1567 S CAMPUS AVE ONTARIO,
CA 91761
TEL:001-909-773-0018
FAX:001-909-773-0108
CONTACT:BETTY TSAI

**FORWARDING AGENT - REFERENCES (7)**

CHB:
FMC:

**NOTIFY (4)**
SAME AS CONSIGNEE

**POINT AND COUNTRY OF ORIGIN (8)**

**DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9)**

**PIER/TERMINAL (10)**
Yantian International Cntr Terminal

**COMBINED TRANSPORT* PRECARRIAGE FROM (10A)**
-

**VESSEL (11)**
MSC VALENCIA
TX205E

**PORT OF LOADING (12)**
YANTIAN

**COMBINED TRANSPORT - ONWARD CARRIAGE (15)***

**PORT OF DISCHARGE FROM VESSEL (13)**
LONG BEACH, CA

**FOR TRANSHIPMENT TO (14)**

| CARRIER'S RECEIPT | | PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE | | |
|---|---|---|---|---|
| MARKS AND NUMBERS (16) | NO. of PKGS (17) | DESCRIPTION OF GOODS (18) SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |

CONTAINERS DEMURRAGES AND DETENTION CHARGES PAYABLE BY THE MERCHANT AS PER LINE'S TARIFF AVAILABLE IN ANY OF CMA CGM AGENCY.
T H C AT DESTINATION PAYABLE BY CONSIGNEES AS PER LINE/PORT TARIFF
UNLESS THE VALUE OF CARGO IS DECLARED ON THE FACE OF THIS BILL OF LADING OR WAYBILL IN THE CONDITIONS SET FOR ON THE REVERSE, LIMITATION OF LIABILITY IN RESPECT OF LOSS OR DAMAGE TO GOODS SHALL NOT EXCEED USD 500.00 PER PACKAGE, OR CUSTOMARY FREIGHT UNIT IF GOODS ARE NOT SHIPPED IN PACKAGE.
FOR THE PURPOSE OF THE PRESENT CARRIAGE, CLAUSE 14(2) SHALL EXCLUDE THE APPLICATION OF THE YORK/ANTWERP RULES, 2004.

SHIPPERS DECLARED VALUE
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited

If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per clause 15.

RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carrier's Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein, or so near thereto as the vessel can get, lie and leave, always in safety and without delay, and there to be delivered to consignee, or authorized receiver, or on carrier on payment of all charges due thereon.

All actions against the Carrier under the contract of Carriage evidenced by this Bill of Lading shall be brought before the ¿Tribunal de Commerce¿ of Marseilles and no other Court shall have jurisdiction with regards to any such action.

FREIGHT CHARGES (See clause 10 and 20)

IN WITNESS WHEREOF ZERO
Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void.

| DAY | MONTH | YEAR | BL/No. CMDU |
|---|---|---|---|
| 19 | JAN | 06 | SZ1046783 |

Signed for the Carrier CMA CGM SA by
CMA CGM (CHINA) SHIPPING CO LTD as agent for the Carrier

DECLARED VALUE CHARGES (See Clause 10)
HARBOR TAX/LIGHTERAGE
TOTAL $

By

(Continued on reverse side)

# BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

Sheet 1 of 2

**SHIPPER/EXPORTER (2)**
NEWINGTON INDUSTRIES LIMITED
UNIT C,13/F.NATHAN COMMERCIAL
BUILDING 430-436 NATHAN RD.,
YAUMATEI,KOWLOON,H.K.

**DOCUMENT NO (5)**
SHZ316890

SZ1252102

**EXPORT REFERENCES (6)**

**CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
BABY TREND,INC
1567 S.CAMPUS AVE.ONTARIO,CA 91761
TEL:909-773-0018
FAX:909-773-0108

**FORWARDING AGENT - REFERENCES (7)**
NEWINGTON INDUSTRIES LIMITED
UNIT C 13/F NATHAN COMMERCIAL BLDG
430-436 NATHAN RD
YAUMATEI

CHB
FMC:

**POINT AND COUNTRY OF ORIGIN (8)**

**NOTIFY (4)**
BABY TREND,INC
1567 S.CAMPUS AVE.ONTARIO,
TEL:909-773-0018
FAX:909-773-0108

**DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9)**

**PIER/TERMINAL (10)**
Yantian International Cntr Terminal

**COMBINED TRANSPORT* PRECARRIAGE FROM (10A)**

**VESSEL (11)**
CMA CGM VIVALDI
TX217E

**PORT OF LOADING (12)**
YANTIAN

**COMBINED TRANSPORT - ONWARD CARRIAGE (15)***

**PORT OF DISCHARGE FROM VESSEL (13)**
LONG BEACH, CA

**FOR TRANSHIPMENT TO (14)**

ONTARIO, CA

| CARRIER'S RECEIPT | | PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE | | |
|---|---|---|---|---|
| MARKS AND NUMBERS (16) | NO. of PKGS. (17) | DESCRIPTION OF GOODS (18) SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |
| BCM09455496 Seal 1:C2338609 | 1 x 40HC | 538 CARTONS | 5111.000 | 3900 | 68.000 |
| BCM09364612 Seal 1:C2828132 | 1 x 40HC | 538 CARTONS | 5111.000 | 3900 | 68.000 |
| BCM09232382 Seal 1:C2735396 | 1 x 40HC | 538 CARTONS | 5111.000 | 3900 | 68.000 |
| UN904750315 Seal 1:C2735386 N/M | 1 x 40HC | 538 CARTONS CY-DOOR TOTAL:2152 CTNS DIAPER CHAMP S/C#:04-0279 FREIGHT COLLECT TOTAL:4X40'HQ CONTAINERS ONLY | 5111.000 | 3900 | 68.000 |

DRAFT

**SHIPPERS DECLARED VALUE**
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.
*If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per clause 15.
RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carrier's Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein, or so near thereto as the vessel can get, lie and leave, always in safety and without delay, and there to be delivered to consignee, or authorized receiver, or on carrier on payment of all charges due thereon.
All actions against the Carrier under the contract of Carriage evidenced by this Bill of Lading shall be brought before the ¡Tribunal de Commerce¡ of Marseilles and no other Court shall have jurisdiction with regards to any such action.

**FREIGHT CHARGES (See clause 19 and 20)**

| | | | |
|---|---|---|---|
| Terminal handl. ch origin | HKD | 9392.80 | P |
| Documentation Fees | HKD | 125.00 | P |
| BASIC FREIGHT | USD | 4020.00 | C |
| Bunker surcharge NOS | USD | 1240.00 | C |
| Ocean Carrier-Ind Ship & port | USD | 24.00 | C |
| Custom documentation Surcharge | USD | 25.00 | C |
| Terminal handl. ch destinatio | USD | 3340.00 | C |
| On carriage fuel socharge | USD | 256.00 | C |

**DECLARED VALUE CHARGES (See Clause 10)**
**HARBOR TAX/LIGHTERAGE**
TOTAL $

IN WITNESS WHEREOF ZERO
Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void.

DAY  MONTH  YEAR
01-MAR-05

BL No.
CMDU
SZ1252102

Signed for the Carrier CMA CGM SA by
CMA CGM & ANL (HK) SHIPPING as agent for the Carrier

By_____

(Continued on reverse side)

EXHIBIT "B"

# BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

CMA CGM

Sheet 2 of 2

**SHIPPER/EXPORTER (1)**
NEWINGTON INDUSTRIES LIMITED
UNIT C,13/F,NATHAN COMMERCIAL
BUILDING 430-436 NATHAN RD.,
YAUMATEI,KOWLOON,H.K.

**DOCUMENT NO. (5)**
SHZ316590

**EXPORT REFERENCES (6)**
SZ1252102

**CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
BABY TREND,INC
1567 S.CAMPUS AVE.ONTARIO,CA 91761
TEL:909-773-0018
FAX:909-773-0108

**FORWARDING AGENT - REFERENCES (7)**
NEWINGTON INDUSTRIES LIMITED
UNIT C 13/F NATHAN COMMERCIAL BLDG
430-436 NATHAN RD
YAUMATEI
CHB:
FMC:

**POINT AND COUNTRY OF ORIGIN (8)**

**NOTIFY (4)**
BABY TREND,INC
1567 S.CAMPUS AVE.ONTARIO,
TEL:909-773-0018
FAX:909-773-0108

**DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9)**

**PIER/TERMINAL (10)**
Yantian International Cntr Terminal

**COMBINED TRANSPORT PRECARRIAGE FROM (10A)**
-

**VESSEL (11)**
CMA CGM VIVALDI
TX217E

**PORT OF LOADING (12)**
YANTIAN

**COMBINED TRANSPORT - ONWARD CARRIAGE (15)**

**PORT OF DISCHARGE FROM VESSEL (13)**
LONG BEACH, CA

**FOR TRANSHIPMENT TO (14)**

ONTARIO, CA

| CARRIER'S RECEIPT | | PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE | | |
|---|---|---|---|---|
| MARKS AND NUMBERS (16) | NO. of PKGS (17) | DESCRIPTION OF GOODS (18) SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |
| | | Shipped on Board CMA CGM VIVALDI 01-MAR-2006 CMA CGM Shenzhen As agents for the Carrier | | |
| | | FREIGHT TO BE COLLECT | | |
| SHIPPERS STOW, LOAD AND COUNT / | | / F C L | | |
| CONTAINERS DEMURRAGES AND DETENTION CHARGES PAYABLE BY THE MERCHANT AS PER LINE'S TARIFF AVAILABLE IN ANY OF CMA CGM AGENCY. | | | | |
| T H C AT DESTINATION PAYABLE BY CONSIGNEES AS PER LINE/PORT TARIFF | | | | |
| UNLESS THE VALUE OF CARGO IS DECLARED ON THE FACE OF THIS BILL OF LADING OR WAYBILL IN THE CONDITIONS SET FOR ON THE REVERSE, LIMITATION OF LIABILITY IN RESPECT OF LOSS OR DAMAGE TO GOODS SHALL NOT EXCEED USD 500.00 PER PACKAGE, OR CUSTOMARY FREIGHT UNIT IF GOODS ARE NOT SHIPPED IN PACKAGE. | | | | |
| FOR THE PURPOSE OF THE PRESENT CARRIAGE, CLAUSE 14(2) SHALL EXCLUDE THE APPLICATION OF THE YORK/ANTWERP RULES, 2004. | | | | |

SHIPPERS DECLARED VALUE
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversions contrary to U.S. law prohibited.
*If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per clause 15.

RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carrier's Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein, or so near thereto as the vessel can get, lie and leave, always in safety and without delay, and there to be delivered to consignee, or authorized receiver, or on carrier on payment of all charges due thereon.

All actions against the Carrier under the contract of Carriage evidenced by this Bill of Lading shall be brought before the ¿Tribunal de Commerce¿ of Marseilles and no other Court shall have jurisdiction with regards to any such action.

**FREIGHT CHARGES (See clause 10 and 20).**

| TOTAL COLLECT | USD | 8805.00 | C |
| TOTAL PREPAID | HKD | 6517.60 | P |

IN WITNESS WHEREOF ZERO
Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void.

| DAY | MONTH | YEAR | B/L No. CMDU |
|---|---|---|---|
| 01-MAR-06 | | | SZ1252102 |

Signed for the Carrier CMA CGM SA by
CMA CGM & ANL (HK) SHIPPING as agent for the Carrier

**DECLARED VALUE CHARGES (See Clause 10)**
**HARBOR TAX/LIGHTERAGE**
TOTAL $

By

(Continued on reverse side)

CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

**CMA CGM**

Tel: 17579312100    Fax: 18770548419

Please use invoice number as a reference with Payment

| Customer Number | Invoice |
|---|---|
| 0000166929001 | NAIM0555957 |

Page 1 of 1

**ORIGINAL INVOICE**

Date: 17-NOV-2006    Issued by: NASMCOO

Invoice to:
BABY TREND
1567 S CAMPUS AVE
ONTARIO-CA-91761
UNITED STATES

Payable to:
CMA CGM (AMERICA) INC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES

## Equipment Import Detention Charge

| B/L number: | SZ1017599 | Booking number: | SHZ240799 | Vessel/Voyage: | CMA CGM VIVALDI/TX066W |
|---|---|---|---|---|---|
| Free time allowed: | 5 Working days | Service contract: | 04-0279 | Transportation Mode: | Carrier Haulage |

Consignee:                              Notify:
BABY TREND                              BABY TREND
1567 S CAMPUS AVE                       1567 S CAMPUS AVE

ONTARIO-CA-91761                        ONTARIO-CA-91761
UNITED STATES                           UNITED STATES

| Container Number: | ECMU5024602 | Size/Type: | 45HC | | |
|---|---|---|---|---|---|
| Start Date: | 22-AUG-05 | | | Stop Date: | 30-AUG-05 |
| Start Event: | Gate out Full | | | Stop Event: | Gate In Empty |
| Start Location: | LONG BEACH, CA/CA | | | Stop Location: | LONG BEACH, CA/CA |
| Start Pool: | SSA - LGB Pier A | | | Stop Pool: | PCT - SSA - Pier J |

Total Billable days: 4 Calendar days

| From Date | To Date | Days | Type | Rate | Currency | Amount |
|---|---|---|---|---|---|---|
| 22-AUG-05 | 26-AUG-05 | 5 | Working | 0 | USD | 0 |
| 27-AUG-05 | 30-AUG-05 | 4 | Calendar | 65.00 | USD | 260.00 |

PAYMENT QUESTIONS contact Collections at 1-888-258-3592
DISPUTES must be submitted in writing within 30 days of invoice date to our Collections department via Fax 877-334-6119 or email collector **
** STORE DOOR - "DRAY & PICK" shipment, notification MUST be made via email to n.us.employeevariable@cma-cgm.com to stop the detention

May also send wire transfers as per below bank details
Bank: CMA-CGM (America), Inc. - Operational Account
of America
Commercial Place
k, VA
025009593
it Number: 00412709389S

TOTAL Amount Due    **260.00 USD**

Payable by: Due upon Receipt

**EXHIBIT "C"**