AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | August 27 2007 |
| NAME OF SERVER (PRINT) Christine Valeza | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 1567 S. Campus Ave Ontario CA 91761

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Jessica Holt, authorized to accept

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 27 2007
Date

Signature of Server: Christine Valeza

Address of Server: 226 South D. Street
San Bernardino CA 92401

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.