1-180095
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CMA-CGM (AMERICA), INC.,

             Plaintiff,

- against -

BABY TREND, INC.,

             Defendant.
-------------------------------------------------------X

07 Civ. 7311 (AKH)

NOTICE AND ORDER
OF DISMISSAL,
WITH PREJUDICE

PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, with prejudice and without costs as to each party against the other, the defendant not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: New York, New York
       November 16, 2007

                        LAW OFFICES OF
                        ALBERT J. AVALLONE & ASSOCIATES

                        By _____
                        Albert J. Avallone - AA1679
                        Attorneys for Plaintiff
                        CMA-CGM (AMERICA), INC.
                        551 Fifth Avenue, Suite 1625
                        New York, NY 10176
                        (212) 696-1760

SO ORDERED: 11/21/07

_____
U.S.D.J.